1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10
11

CATHERINE GICHURU, a natural person,

CASE NO.: 2:24-cv-01232-RSM

12

Plaintiff,

13

**ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE**

14

v.

15
16

AMERICAN FAMILY INSURANCE, aka
AMFAM HOLDING, INC., aka AMERICAN
FAMILY INSURANCE MUTUAL HOLDING
COMPANY.

17
18
19

Defendant.

20

The Court has reviewed the parties' Stipulation for Dismissal of the Entire Case with

21

Prejudice and good cause appearing,

22

IT IS HEREBY ORDERED that this case be dismissed in its entirety with prejudice, each

23

party to bear their own fees and costs.

24

The Clerk of Court is directed to close this case and terminate it in the CM/ECF system.

25

SO ORDERED.

26
27

//

28

//

ORDER DISMISSING CASE IN ITS
ENTIRETY WITH PREJUDICE
No. 2:24-cv-01232-RSM – Page 1

DKM LAW GROUP, LLP
1700 7th Avenue, Ste. 2100
Seattle, WA 98101
Tel: (206) 407-2518 Fax: (415) 842-0095

1

2    DATED this 27th day of January, 2025.

3

4    _____

5    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28